SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar No. 210908
  Room 7516, Federal Building
  300 North Los Angeles Street
  Los Angeles, California 90012
  Telephone:  (213) 894-0474
  Facsimile:   (213) 894-7819
  E-mail:       erika.johnson@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LETTERS ROGATORY FROM THE 1ST CIVIL SECTION OF THE JUDICIAL DISTRICT OF LISBON, PORTUGAL | CV No. 2:17-mc-26__<br><br>APPLICATION FOR ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER<br><br>(28 U.S.C. § 1782) |

  The United States of America by the undersigned, Sandra R. Brown, Acting United States Attorney for the Central District of California, by Dorothy A. Schouten, Assistant United States Attorney, Chief, Civil Division, by Erika Johnson-Brooks, Assistant United States Attorney, petitions this Court for an Order pursuant to § 1782 of Title 28 of the United States Code, in the form submitted, appointing Erika Johnson-Brooks, Assistant United States Attorney, or

her successor in office, as Commissioner and directing the taking of evidence from Stacey Callovi who, it has been determined, resides or can be found within the jurisdiction of this Court, pursuant to the terms and conditions set forth in the Letters Rogatory issued by the above-entitled court in Lisbon, Portugal, pertinent to the case <u>Powerwave Technologes, Inc. v. Net Plan Telecommunicacoes e Energia</u>, reference case number 194466/12.2YIPRT.

      Attached as Exhibit 1 is a copy of the Letters Rogatory from the court in Portugal. The court in Portugal is asking that evidence be obtained from Stacey Callovi by means of a deposition.

      The only restrictions explicitly stated in 28 U.S.C. § 1782 are: (1) that the request be made by a foreign or international tribunal or any interested person; (2) that the testimony or material requested be for use in a proceeding in a foreign or international tribunal; and (3) that the person or entity from whom the discovery is sought is a resident of or can be found in the district where the application is filed. See <u>In Re Request for Judicial Assistance from the Seoul District Criminal Court, Seoul, Korea</u>, 555 F.2d 720, 723 (9th Cir. 1977); <u>United States v. Sealed 1, Letter of Request for Legal Assistance from the Deputy Prosecutor General of the Russian Federation</u>, 235 F.3d 1200, 1205 (9th Cir. 2000) (citing <u>Korea</u> at 555 F.2d at 723 that, "Under the statute the only restrictions explicitly stated are that the request be made by a foreign or international tribunal, and that the testimony or material requested be for use in a proceeding in such a tribunal"); <u>In Re Bayer AG</u>, 146 F.3d 188, 192 (3rd Cir. 1998).

      All these three requirements are met in this case. First, the request was made by the 1st Civil Section of the Judicial District in Lisbon, Portugal, which is a foreign tribunal. Second, there is a proceeding in that court entitled, <u>Powerwave Technologes, Inc. v. Net Plan Telecommunicacoes e Energia</u>, reference case number 194466/12.2YIPRT, and the evidence being sought is for use in that

proceeding by that court.  Finally, it has been determined that Stacey Callovi resides or can be found within the jurisdiction of this Court.

     Therefore, the United States respectfully requests the Court to sign the Order, being lodged under separate cover, appointing Erika Johnson-Brooks, Assistant United States Attorney, or her successor in office, as Commissioner, and directing the taking of testimony from Andres Villa, to enable the court in Argentina to complete the proceedings before it.

DATED:   This 14th day of March, 2017.

                SANDRA R. BROWN
                Acting United States Attorney
                DOROTHY A. SCHOUTEN
                Assistant United States Attorney
                Chief, Civil Division
                ROBYN-MARIE LYON MONTELEONE
                Assistant United States Attorney
                Chief, General Civil Section

                */s/ Erika Johnson-Brooks*
                _____
                ERIKA JOHNSON-BROOKS
                Assistant United States Attorney
                Attorneys for the United States of America