SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
California Bar Number 210908
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0474
    Facsimile: (213) 894-7819
    E-mail: Erika.Johnson@usdoj.gov

Attorneys for United States of America

FILED
CLERK, U.S. DISTRICT COURT
03/17/17
CENTRAL DISTRICT OF CALIFORNIA
BY: GR DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>LETTERS ROGATORY FROM THE 1ST CIVIL SECTION OF THE JUDICIAL DISTRICT OF LISBON, PORTUGAL<br>_____ | CV No. 2:17-mc-00026-UA-RAO<br><br>**ORDER APPOINTING THE ASSISTANT UNITED STATES ATTORNEY AS COMMISSIONER** |

     Application having been made to this Court by the 1st Civil Section of the

Judicial District of Lisbon, Portugal, through the United States Department of

1

Justice and the United States Attorney for the Central District of California, and this Court having been requested to process the Letters Rogatory from the court in Portugal to the end of obtaining evidence from Stacey Callovi who, it has been determined, resides within the jurisdiction of this Court, pertinent to the Portugese proceeding <u>Powerwave Technologes, Inc. v. Net Plan Telecommunicacoes e Energia</u>, reference case number 194466/12.2YIPRT.

    NOW, THEREFORE, I <u>Rozella A. Oliver</u>, United States Magistrate Judge for the Central District of California, pursuant to authority contained in § 1782 of Title 28 of the United States Code, hereby appoint Erika Johnson-Brooks, Assistant United States Attorney, or her successor in office, as Commissioner, to take such steps as may be necessary to obtain evidence from

//
//
//
//
//
//
//
//
//

Stacey Callovi, and to do all else that may be reasonably necessary for the accomplishment of this Order.

DATED: This 17 day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

SANDRA R. BROWN
Acting United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section


*/s/ Erika Johnson-Brooks*
_____
ERIKA JOHNSON-BROOKS
Assistant United States Attorney

Attorneys for the United States of America

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-